*564
 
 The CHIEF JUSTICE
 

 delivered the opinion of the court.
 

 The first motion to dismiss this appeal is made upon the ground that the transcript of the record is incomplete, because of the.omission of certain papers said to have been used in the court, below, but no't to be found wíien the trans- , eript was, made.
 

 • The motion must be denied. Proqf that the papers alleged to be wanting were used in the court below, and have been lost, must be made by affidavit.. The certificate of the clerk who made the transcript cannot be received as..proper evidence of these facts. . ,
 

 . • The other motioh is made upon the ground that the decree below was rendered by the Provisional Court of Louisiana, established by the military authority of the President, during the late rebellion, from which no appeal could,be properly taken.- But we find, on looking.into the statutes, that when the Provisional Court ceaséd to exist, its judgments and decrees were directed to be transferred into the Circuit Court, find to stand as the judgments and decrees of that court. And it is from the decree of the Circuit Court that the appeal under consideration was taken. As an appeal from that court it was regular, and the motion to'dismiss, must, be denied.
 

 All• questions concerning the validity of judgments and decrees of the Provisional Court will remain open, until after final hearing. Motions denied.